UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI VAN EMON,

        Plaintiff,

v.

STATE FARM MUTUAL AUTO-
MOBILE INSURANCE COMPANY,

        Defendant.
_____/

CIVIL ACTION NO. 05-72638

DISTRICT JUDGE GEORGE C. STEEH

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND/OR RELIEF FROM DISCOVERY ORDERS

    Defendant's Motion for Protective Order and/or Relief From Discovery Orders was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on February 13, 2007. Having reviewed Defendant's Motion, together with Plaintiff's Response, and having had the benefit of oral argument, I find that the Motion should be, and the same is hereby denied for the reasons stated on the record.

                                               s/Donald A. Scheer
                                               DONALD A. SCHEER
                                               UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2007

_____

### CERTIFICATE OF SERVICE

    I hereby certify on February 26, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 26, 2007. **None.**

                                               s/Michael E. Lang
                                             Deputy Clerk to
                                             Magistrate Judge Donald A. Scheer
                                             (313) 234-5217