UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI VAN EMON,

    Plaintiff,

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

Case No. 05-CV-72638
Hon. George C. Steeh
Magistrate Judge Scheer

| | |
|---|---|
| PAUL A. ZEBROWSKI (P44427)<br>THOMAS A. BISCUP (P40380)<br>Attorneys for Plaintiff<br>45581 Village Boulevard<br>Shelby Township, Michigan 48315<br>(586) 566-7266 | JAMES F. HEWSON (P27127)<br>DIANE L. AIMAR-SAYLOR (P44628)<br>RAYMOND J. WILLIAMS (P68558)<br>Hewson & Van Hellemont, P.C.<br>Attorneys for Defendant<br>29900 Lorraine, Suite 100<br>Warren, Michigan 48093<br>(586) 578-4500 |

**ORDER TAKING MOTION FOR PROTECTIVE ORDER UNDER ADVISEMENT
AND DIRECTING DEFENDANT TO PRODUCE DOCUMENTS IN CAMERA**

    This matter having come on for oral argument and the Court being further fully advised in the premises;

    NOW, THEREFORE, IT IS ORDERED that the Defendant's Motion for Protective Order argued January 18, 2007 is taken under advisement;

    IT IS FURTHER ORDERED that the Defendant shall produce to the Court, in camera, within 21 days, any and all documents in its possession to establish the criteria for the inclusion of files in the ACE survey in question including, but not limited to, affidavits or other documents establishing those criteria; and

IT IS FURTHER ORDERED that within 21 days the Defendant shall produce to the Court, in camera, any documents regarding the determinations, suggestions, initiatives or other conclusions made as a result of the ACE program which impacted claims handling in any way; and

IT IS FURTHER ORDERED that if Defendant produces documents such as affidavits, that are not part of the ACE documents in question, then Defendant shall serve a copy of the same on Plaintiff with the filing of those non-ACE documents with the Court.

s/Donald A. Scheer<br>U.S. MAGISTRATE JUDGE

Dated: February 7, 2007

**Stipulated to:**

| | |
|---|---|
| s/Thomas A. Biscup/ with consent | s/James F. Hewson |
| THOMAS A. BISCUP | JAMES F. HEWSON |
| Attorney for Plaintiff | Attorneys for Defendant |
| 45581 Village Boulevard | 29900 Lorraine Avenue, Suite 100 |
| Shelby Township, MI 48315 | Warren, MI 48093-5267 |
| (586) 566-7266 | (586) 578-4500 |
| tombiscup1@aol.com | hewson@vanhewpc.com |
| (P40380) | (P27127) |