UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI VAN EMON,

    Plaintiff,

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

Case No. 05-CV-72638
Hon. George C. Steeh
Magistrate Judge Scheer

| | |
|---|---|
| PAUL A. ZEBROWSKI (P44427)<br>THOMAS A. BISCUP (P40380)<br>Attorneys for Plaintiff<br>45581 Village Boulevard<br>Shelby Township, Michigan 48315<br>(586) 566-7266<br><br>RICHARD FRIEDMAN<br>MICHAEL N. WHITE<br>Friedman, Rubin & White<br>Attorney for Plaintiff<br>1126 Highland Avenue<br>Bremerton, Washington 98337<br>(360) 782-4300 | JAMES F. HEWSON (P27127)<br>DIANE L. AIMAR-SAYLOR (P44628)<br>RAYMOND J. WILLIAMS (P68558)<br>Hewson & Van Hellemont, P.C.<br>Attorneys for Defendant<br>29900 Lorraine, Suite 100<br>Warren, Michigan 48093<br>(586) 578-4500 |

## **ORDER DENYING PLAINTIFF'S MOTION TO AMEND PROTECTIVE ORDER**

Upon the reading and the filing of Plaintiff's Motion to Amend Protective Order Regarding A.C.E. Documents, and the Defendant's Response thereto, and the Court having heard oral argument and being further fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion to Amend the Protective Order Regarding the A.C.E. Documents is denied for the reasons set forth on the record.

s/Donald A. Scheer
DONALD A. SCHEER
U.S. DISTRICT COURT MAGISTRATE JUDGE

Approved as to form: August 13, 2008

## CERTIFICATE OF SERVICE

I hereby certify on August 13, 2008, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this notice was mailed to the following non-registered ECF participants on August 13, 2008**:**

                                      s/Terri Hackman
                                      Secretary

s/Thomas A. Biscup
THOMAS A. BISCUP (P40380)
Attorney for Plaintiff

s/James F. Hewson
JAMES F. HEWSON (P27127)
Attorney for Defendant