UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI VAN EMON,

        Plaintiff,

vs.

        Case No. 05-cv-72638

        HON. GEORGE CARAM STEEH

STATE FARM AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

### ORDER DENYING THE PARTIES' PROPOSED STIPULATED ORDER FOR EXPUNGEMENT OF CERTAIN ORDERS

On November 24, 2009, the Parties submitted a proposed stipulated order that would reportedly resolve any remaining issues emanating from Plaintiff's Motion to Enforce Settlement, or, alternatively, Reopen the Case.  The proposed order, however is overbroad and unacceptable to this Court.

The proposed order errs by asking this Court to expunge and strike from the record Docket Entries 166 and 189, and to seal the transcript from the evidentiary hearing held on February 12, 2007.  The parties fail to state any authority that would grant the Court the ability to strike docket entries from the public record.  Further, the parties fail to give any explanation why the Court should both strike the aforementioned docket entries and seal the transcript from the evidentiary hearing held on February 12, 2007.  Although the Court has no reservations that preclude entering an order setting aside earlier orders on stipulation of the parties, it appears inappropriate to expunge or seal such documents.

IT IS HEREBY ORDERED that the Proposed Stipulated Order for Expungement of Certain Orders is DENIED.

Dated: December 1, 2009

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 1, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk